UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

### MINUTES OF COURT

HON. KAREN L. HAYES, MAGISTRATE JUDGE, PRESIDING
Debbie Dickerson, MINUTE CLERK
Debbie Lowery, COURT REPORTER

DATE: 3/5/04
COURT OPENED AT 2:35 P.M.
COURT CLOSED AT 3:00 P.M.

CASE NO. 3:04MG3046-01; MASS. 03-M-270JLA #1

U.S.A. Vs. MIGUEL IBARRA, AKA "JOHN" OR "JOHNNY"

APPEARANCES:

   COUNSEL FOR GOVT: JIM COWLES

   COUNSEL FOR DEFT: ROBERT NOEL (CJA COUNSEL)

   COURT INTERPRETER: BARBARA MICHAELIDES


Case called for Rule 40 Hearings.

Defendant is in custody. After testimony, Court ordered defendant detained pending trial and returned to the District of Massachusetts to answer to the charges there. Commitment to Another District and Order of Detention signed this date.

Defendant remanded to the custody of the U. S. Marshal for transporting.


Cc: Cowles, Noel, USPO, USM, District of Mass Clerk

ATTEST A TRUE COPY
ROBERT H. SHEMWELL, CLERK
USDC, WESTERN DISTRICT OF LA.
BY _____
DATE 3/5/04

# United States District Court

Western DISTRICT OF Louisiana

UNITED STATES OF AMERICA
V.

Miguel Ibarra, a/k/a "John" or "Johnny"
Defendant

**ORDER OF DETENTION PENDING TRIAL**

Case Number: MJ 03-M-270 JLA #1 - Charging District
3:04mg3046-01 - Arresting District

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

## Part I — Findings of Fact

- ☐ (1) The defendant is charged with an offense described in 18 U.S.C. §3142(f)(1) and has been convicted of a (federal offense) (state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed) that is
  - ☐ a crime of violence as defined in 18 U.S.C. §3156(a)(4).
  - ☐ an offense for which the maximum sentence is life imprisonment or death.
  - ☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in _____.*
  - ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. §3142(f)(1)(A)-(C), or comparable state or local offenses.
- ☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
- ☐ (3) A period of not more than five years has elapsed since the (date of conviction) (release of the defendant from imprisonment) for the offense described in finding (1).
- ☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an)other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternative Findings (A)

- ☑ (1) There is probable cause to believe that the defendant has committed an offense
  - ☑ for which a maximum term of imprisonment of ten years or more is prescribed in 21 USC 841, 846
  - ☐ under 18 U.S.C. §924(c).
- ☑ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings (B)

- ☐ (1) There is a serious risk that the defendant will not appear.
- ☐ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

ATTEST A TRUE COPY
ROBERT H. SHEMWELL, CLERK
USDC, WESTERN DISTRICT OF LA.
BY _____
DATE 3-5-04

## Part II - Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by (clear and convincing evidence) (a preponderance of the evidence) that

Defendant was arrested in this district while transporting illegal aliens from Mexico. He is charged in the District of Massachusetts with conspiracy to possess with intent to distribute marijuana in amounts sufficient to support a sentence of five to ten years to life in prison. The charge is supported by surveillance, court-authorized wire-taps, and witness testimony. The defendant has no visible means of support and no strong ties to this district or to the charge. He failed to overcome the presumption in favor of detention.

## Part III - Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Dated: 3/5/04

Signature of Judicial Officer

Karen L. Hayes, U.S. Magistrate Judge
Name and Title of Judicial Officer

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. §801 et seq.); (b) Controlled Substances Import and Export Act (21 U.S.C. §951 et seq.); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. §955a).

# UNITED STATES DISTRICT COURT

__Western__ District of __Louisiana__

UNITED STATES OF AMERICA

V.

Miguel Ibarra, A/K/A "John" or "Johnny"

COMMITMENT TO ANOTHER DISTRICT

COPY

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| — | — | 3:04MG3046-01 | MJ03-m-2705LA#1 |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☐ Indictment  ☐ Information  ☒ Complaint  ☐ Other (specify)

charging a violation of __21__ U.S.C. § __841(a)(1) and 846__

DISTRICT OF OFFENSE __District of Massachusetts__

DESCRIPTION OF CHARGES:

21 USC §§ 841 and 846 — Conspiracy to possess with intent to distribute marijuana — an amount greater than 1,500 pounds.

CURRENT BOND STATUS:
☐ Bail Fixed at ___ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation:  ☐ Retained Own Counsel  ☐ Federal Defender Organization  ☒ CJA Attorney  ☐ None

Interpreter Required?  ☐ No  ☒ Yes    Language: Spanish

DISTRICT OF ___

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

3/5/04
Date

United States Judge or Magistrate Judge

A TRUE COPY
ROBERT H. SHEMWELL, CLERK
USDC WESTERN DISTRICT OF LA.
_[signature]_
3-5-04

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

DATE __ UNITED STATES MARSHAL __ (BY) DEPUTY MARSHAL __