AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

Miguel Ibarra, a/k/a "John" or "Johnny"

**WARRANT FOR ARREST**

CASE NUMBER: MJ03-m-270 JLA #1

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Miguel Ibarra, a/k/a "John" or "Johnny"
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to knowingly and intentionally distribute and possess with intent to distribute marijuana, a Schedule I controlled substance,

in violation of Title ___21___ United States Code, Section(s) 846 and 841 (a) (1)

Joyce London Alexander
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Joyce L.O. [signature]
Signature of Issuing Officer

12-24-2003    Boston, Massachusetts
Date and Location

Bail fixed at $ _____

_____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY USMS
BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 3/01/5

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.