**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


UNITED STATES OF AMERICA

      V.                                   CRIM. CASE NO:    MJ03-M-270:001JLA

MIGUEL IBARRA
              Defendant


**ORDER ON**
**APPOINTMENT OF FEDERAL DEFENDER**

ALEXANDER, U.S.M.J.

On March 18, 2004, the defendant in the above-entitled action appeared before this Court for the first time on a complaint charging him with 21 U.S.C. § 846 and 841 (a)(1), conspiracy to distribute marajuana. The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel, it is hereby ORDERED that attorney CATHERINE BYRNE of the Federal Defender Office for the District of Massachusetts be appointed, effective as of March 18, 2004, to represent said defendant in this cause until further order of the Court.

      SO ORDERED.


                                    JOYCE LONDON ALEXANDER
                                    UNITED STATES MAGISTRATE JUDGE

                                    BY THE COURT:

                                    /S/ Rex Brown
                                    Courtroom Clerk

April 6, 2004
Date